**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

CHAD M. CASSELL,

                Plaintiff,

       -v-                                   1:25-CV-1435 (AJB/TWD)

OFFICER BARRETT *et al.*,

                Defendants.
_____

**APPEARANCES:**                                   **OF COUNSEL:**

CHAD M. CASSELL
Plaintiff, Pro Se
9978
Washington County Jail
399 Broadway
Fort Edward, NY 12828

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On October 15, 2025, *pro se* plaintiff Chad M. Cassell ("plaintiff") filed a document entitled a "story letter," which the Court has construed as a civil rights complaint, alleging that defendants violated plaintiff's constitutional rights in connection with state-court proceedings that appear to have led to his confinement in the Washington County Jail.  Dkt. No. 1.  Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Applcation").  Dkt. Nos. 2, 3.

On December 1, 2025, U.S. Magistrate Judge Thérèse Wiley Dancks granted plaintiff's IFP Application and, after conducting an initial review of plaintiff's "story letter," advised by Report & Recommendation ("R&R") that this document be dismissed with leave to amend.  Dkt.

No. 4.  As Judge Dancks explained, plaintiff's "story letter" was replete with legal conclusions and bereft of any non-conclusory factual allegations.  *Id*.  However, in light of plaintiff's *pro se* status, the R&R advised that plaintiff should be given a chance to file an amended pleading that conforms with the R&R's instructions and the applicable Federal Rules of Civil Procedure.  *Id*.

Plaintiff has not lodged objections to the R&R, and the time period in which to do so has expired.  *See* Dkt. No. 4.  Notably, however, a recent mailing to plaintiff's address on file with the Court—at the Washington County Jail—has been returned as undeliverable, marked with a handwritten annotation that says "not here."  Dkt. No. 6.  Although it is unclear if this Order will reach plaintiff, he is cautioned that it is his responsibility to promptly update his mailing address on file with the Court, N.D.N.Y. Local Rule 10.1(c)(2), and that his failure to do so will result in the dismissal of this action.

Upon review for clear error, the R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED; and

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED with leave to amend;

3. Plaintiff shall have THIRTY DAYS from the date of this decision in which to submit an amended complaint for review;

4. If plaintiff timely files an amended complaint, this action will be REFERRED to Judge Dancks for further review and action as appropriate; and

5. If plaintiff does not timely file an amended complaint, this action will be DISMISSED without further Order of the Court.

- 3 -

The Clerk of the Court is directed to terminate the pending motion and set the appropriate deadlines.

**IT IS SO ORDERED.**

Dated: January 12, 2026
      Utica, New York.

Anthony J. Brindisi
U.S. District Judge